**FeeDueINST, RELCAS, Repeat**

# U.S. Bankruptcy Court
## WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)
### Bankruptcy Petition #: 18-20008-GLT

|  |  |
|---|---|
| *Assigned to:* Judge Gregory L. Taddonio | *Date filed:* 01/01/2018 |
| Chapter 13 | *341 meeting:* 02/26/2018 |
| Voluntary | *Deadline for filing claims:* 03/12/2018 |
| Asset | *Deadline for filing claims (govt.):* 07/02/2018 |

*Debtor*  
**Mila B. Dolinar**  
102 Stuart Street  
Bethel Park, PA 15102  
ALLEGHENY-PA  
SSN / ITIN: xxx-xx-3494  

represented by **Michael S. Geisler**  
201 Penn Center Blvd., Suite 524  
Pittsburgh, PA 15235  
412-613-2133  
Email: m.s.geisler@att.net  

*Trustee*  
**Ronda J. Winnecour**  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  
412-471-5566  

*U.S. Trustee*  
**Office of the United States Trustee**  
Liberty Center.  
1001 Liberty Avenue, Suite 970  
Pittsburgh, PA 15222  
412-644-4756  

| Filing Date | # | Docket Text |
|---|---|---|
| 01/01/2018 | 1 (9 pgs; 3 docs) | Chapter 13 Voluntary Petition . Fee Amount $0.00 Filed by Mila B. Dolinar Government Proof of Claim due by 07/2/2018. Chapter 13 Plan due 01/16/2018. Declaration Re: Electronic Filing due 01/16/2018. Proofs of Claims due by 03/12/2018. Atty Disclosure Statement due 01/16/2018. Certificate of Credit Counseling due by 01/16/2018. Certificate of Exigent Circumstances due by 01/16/2018. Declaration of Schedules due 01/16/2018. Employee Income Record or a statement |

| | | |
|---|---|---|
| | | that there is no record due by 01/16/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 01/16/2018 Schedules A-J due 01/16/2018. Statement of Financial Affairs due 01/16/2018. Summary of schedules due 01/16/2018. Informational Notice Required by 342b due by 01/16/2018. Means Test Calculation Form 122C-2 Due: 01/16/2018. Incomplete Filings due by 01/16/2018. (Geisler, Michael) (Entered: 01/01/2018) |
| 01/01/2018 | [2](#) (2 pgs) | Notice Regarding Filing of Mailing Matrix Filed by Debtor Mila B. Dolinar (Geisler, Michael) (Entered: 01/01/2018) |
| 01/01/2018 | [3](#) (2 pgs) | Application to Pay Filing Fee in Installments . Filed by Debtor Mila B. Dolinar. (Geisler, Michael) (Entered: 01/01/2018) |
| 01/02/2018 | 4 | Notice of Review of Bankruptcy Petition. Assigned Judge: TADDONIO. Appointed Trustee: WINNECOUR. Pursuant to Local Rule 1017-2, the United States Trustee is deemed to have filed a Motion To Dismiss this case, and that Motion will be deemed GRANTED, if any deadline set forth in the first docket entry is not met. (amaz) (Entered: 01/02/2018) |
| 01/02/2018 | [5](#) (2 pgs; 2 docs) | Order To Pay Filing Fees In Installments. The outstanding balance is $310.00 Signed on 1/2/2018. Final Installment Payment due by 5/1/2018. (amaz) (Entered: 01/02/2018) |
| 01/02/2018 | [6](#) (6 pgs; 3 docs) | Motion to Extend Automatic Stay Filed by Debtor Mila B. Dolinar. (Attachments: # [1](#) Affidavit - Verification Page # [2](#) Proposed Order) (Geisler, Michael) (Entered: 01/02/2018) |
| 01/02/2018 | [7](#) (1 pg) | Hearing on Motion to Extend Stay Filed by Debtor Mila B. Dolinar (RE: related document(s): [6](#) Motion to Extend Automatic Stay filed by Debtor Mila B. Dolinar). Hearing scheduled for 1/17/2018 at 10:00 AM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 1/16/2018. (Geisler, Michael) (Entered: 01/02/2018) |
| 01/03/2018 | 8 | |

| | | |
|---|---|---|
| | | TEXT ORDER: Denying Motion To Extend The Automatic Stay [Dkt. No. 6] without prejudice for failure to Comply with W.PA.L.B.R. 9013-5(b), and Judge Gregorpy L. Taddonio's hearing procedures to (1) allow up to 17 days for a response as required by Local rule 9014-1 (2) a deadline for filing responses/answers/ objections that is not less then seven (7) days before the scheduled hearing date. This hearing should not have been scheduled with Judge Bohnm since Judge Taddoio has hearings on the same date and time. If it is not possible to comply with the time requirements under W.PA.L.B.R. 9014-1 then the Procedures for Expedited Hearings under W.PA.L.B.R. 9013-2 could be consulted. This text-only entry constitutes the Court's order and notice on this matter. Judge Taddonio signed on 1/3/2018.(Related Doc # 6) Signed on 1/3/2018. (dbas) (Entered: 01/03/2018) |
| 01/03/2018 | 9<br>(4 pgs; 3 docs) | Expedited Motion to Extend Automatic Stay Filed by Debtor Mila B. Dolinar. (Attachments: # 1 Affidavit - Verification Page # 2 Proposed Order) (Geisler, Michael) (Entered: 01/03/2018) |
| 01/03/2018 | 10<br>(4 pgs; 3 docs) | Motion to Expedite Hearing *on Motion to Extend Stay* Filed by Debtor Mila B. Dolinar (RE: related document(s): 9 Motion to Extend Automatic Stay). (Attachments: # 1 Proposed Order # 2 Proposed Order - Scheduling Order) (Geisler, Michael) (Entered: 01/03/2018) |
| 01/03/2018 | 11<br>(4 pgs; 4 docs) | Order Setting Hearing on (RE: related document(s): 9 Motion to Extend Automatic Stay filed by Debtor Mila B. Dolinar). Hearing scheduled for 2/14/2018 at 11:00 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 1/22/2018. It is FURTHER ORDERED that the automatic stay shall remain in full force and effect pending further order of the court. (dbas) (Entered: 01/03/2018) |
| 01/04/2018 | 12<br>(2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 5 Order to Pay Filing Fees in Installments). Notice Date 01/04/2018. (Admin.) (Entered: 01/05/2018) |
| 01/04/2018 | 13<br>(2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor |

| | | |
|---|---|---|
| | | Mila B. Dolinar). Notice Date 01/04/2018. (Admin.) (Entered: 01/05/2018) |
| 01/05/2018 | 14 (1 pg) | Notice of Appearance and Request for Notice by Allison L. Carr Filed by Creditor Duquesne Light Company (Carr, Allison) (Entered: 01/05/2018) |
| 01/05/2018 | 15 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 11 Order or Proceeding Memo Setting Hearing). Notice Date 01/05/2018. (Admin.) (Entered: 01/06/2018) |
| 01/05/2018 | 16 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 11 Order or Proceeding Memo Setting Hearing). Notice Date 01/05/2018. (Admin.) (Entered: 01/06/2018) |
| 01/09/2018 | 17 (2 pgs) | Certificate of Service *of Expedited Motion to Extend Stay and Order Setting Hearing* Regarding the Hearing on 2/14/2018. Filed by Debtor Mila B. Dolinar (RE: related document(s): 9 Motion to Extend Automatic Stay filed by Debtor Mila B. Dolinar, 11 Order or Proceeding Memo Setting Hearing). (Geisler, Michael) (Entered: 01/09/2018) |
| 01/16/2018 | 18 (4 pgs; 2 docs) | Motion to Extend Time to Complete the Bankruptcy Filing Filed by Debtor Mila B. Dolinar. (Attachments: # 1 Proposed Default Order) (Geisler, Michael) (Entered: 01/16/2018) |
| 01/17/2018 | 19 (2 pgs; 2 docs) | Order Granting Motion to Extend Time to Complete the Bankruptcy Filing (Related Doc # 18) Signed on 1/17/2018. Atty Disclosure Statement due 1/26/2018 for 1,. Certificate of Credit Counseling due by 1/26/2018. Declaration of Schedules due 1/26/2018 for 1,. Employee Income Record or a statement that there is no record due by 1/26/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 1/26/2018 Schedules A-J due 1/26/2018 for 1,. Statement of Financial Affairs due 1/26/2018 for 1,. Summary of schedules due 1/26/2018 for 1,. Incomplete Filings due by 1/26/2018 for 1,. Chapter 13 Plan due 1/26/2018 for 1,. Declaration Re: Electronic Filing due 1/26/2018 for 1,. (RE: related document(s): 1 Voluntary Petition Chapter 13). No further extensions shall be permitted. (amaz) (Entered: 01/17/2018) |

| | | |
|---|---|---|
| 01/17/2018 | 20 | Deadlines Updated (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor Mila B. Dolinar). Certificate of Exigent Circumstances due by 1/26/2018. (amaz) (Entered: 01/17/2018) |
| 01/19/2018 | 21 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 19 Order on Motion to Extend Time to Complete the Bankruptcy Filing). Notice Date 01/19/2018. (Admin.) (Entered: 01/20/2018) |
| 01/23/2018 | 22 (3 pgs; 2 docs) | Order Scheduling Hearing Signed on 1/22/18 (RE: related document(s): 9 Motion to Extend Automatic Stay filed by Debtor Mila B. Dolinar). Hearing scheduled for 5/23/2018 at 11:00 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. (bsil) (Entered: 01/24/2018) |
| 01/26/2018 | 23 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 22 Order Scheduling Hearing). Notice Date 01/26/2018. (Admin.) (Entered: 01/27/2018) |
| 01/28/2018 | 24 (36 pgs) | Petition Completed Filed by Debtor Mila B. Dolinar (Geisler, Michael) CORRECTIVE ENTRY: THE PETITION IS NOT COMPLETED AS THE SUMMARY OF YOUR ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION IS STILL DUE. Modified on 1/29/2018 (amaz). (Entered: 01/28/2018) |
| 01/28/2018 | 25 (10 pgs; 2 docs) | Chapter 13 Plan . Plan Dated 1/28/2018.. Filed by Mila B. Dolinar (RE: related document(s): 1 Voluntary Petition Chapter 13). (Geisler, Michael) (Entered: 01/28/2018) |
| 01/28/2018 | 26 (2 pgs) | Employee Income Records Filed by Debtor Mila B. Dolinar (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor Mila B. Dolinar). (Geisler, Michael) (Entered: 01/28/2018) |
| 01/28/2018 | 27 (2 pgs) | Notice Regarding Modification to Mailing Matrix Filed by Debtor Mila B. Dolinar (Geisler, Michael) (Entered: 01/28/2018) |
| 01/28/2018 | 28 (1 pg) | Certificate of Credit Counseling for briefing received on 1/1/2018. Filed by Debtor Mila B. Dolinar (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor Mila B. Dolinar, 19 Order on Motion |

| | | |
|---|---|---|
| | | to Extend Time to Complete the Bankruptcy Filing). (Geisler, Michael) (Entered: 01/28/2018) |
| 01/29/2018 | 29 | CORRECTIVE ENTRY: THE PETITION IS NOT COMPLETED AS THE SUMMARY OF YOUR ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION IS STILL DUE. (RE: related document(s): 24 Petition Completed filed by Debtor Mila B. Dolinar). (amaz) (Entered: 01/29/2018) |
| 01/29/2018 | 30 (38 pgs) | Petition Completed - *with Summary attached* Filed by Debtor Mila B. Dolinar (Geisler, Michael) (Entered: 01/29/2018) |
| 01/29/2018 | 31 | Declaration Re: Electronic Filing (RE: related document(s): 1 Voluntary Petition Chapter 13 filed by Debtor Mila B. Dolinar). (amaz) (Entered: 01/29/2018) |
| 01/29/2018 | 32 (3 pgs; 2 docs) | Meeting of Creditors 341(a) meeting to be held on 02/26/2018 at 03:00 PM at p60 3251 U.S. Steel Tower, Pittsburgh. Last day to oppose discharge or dischargeability is 4/27/2018. Last day to oppose dischargeability due by 4/27/2018. Confirmation hearing to be held on 2/26/2018 at 03:00 PM at p60 3251 U.S. Steel Tower, Pittsburgh. (amaz) (Entered: 01/29/2018) |
| 01/31/2018 | 33 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s): 32 Meeting of Creditors Chapter 13 & 12). Notice Date 01/31/2018. (Admin.) (Entered: 02/01/2018) |
| 01/31/2018 | 34 (10 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 25 Chapter 13 Plan filed by Debtor Mila B. Dolinar). Notice Date 01/31/2018. (Admin.) (Entered: 02/01/2018) |
| 02/05/2018 | 35 (3 pgs) | Certificate of Service *of Order dated 1/23/2018* Regarding the Hearing on 5/23/2018. Filed by Debtor Mila B. Dolinar (RE: related document(s): 22 Order Scheduling Hearing). (Geisler, Michael) (Entered: 02/05/2018) |

|  | **PACER Service Center** | | |
|---|---|---|---|
|  | **Transaction Receipt** | | |
|  | 02/12/2018 14:08:08 | | |
| **PACER Login:** | ja0060:2566770:0 | **Client Code:** | ja0060 |
| **Description:** | Docket Report | **Search Criteria:** | 18-20008-GLT Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |