Case 18-20008-GLT    Doc 49    Filed 05/23/18    Entered 05/23/18 16:26:24    Desc Main
Document    Page 1 of 1

FILED
5/23/18 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-20008-GLT |
| | : | Chapter: | 13 |
| Mila B. Dolinar | : | | |
| | : | | |
| | : | Date: | 5/23/2018 |
| *Debtor(s)*. | : | Time: | 11:00 |

## PROCEEDING MEMO

***MATTER:*** #9 - Continued Expedited Motion to Extend Automatic Stay
[Status Report due 4/23/2018]
#48 - Status Report Filed by Debtor

***APPEARANCES:***

Debtor:    Michael S. Geisler
Trustee:   Owen Katz

***NOTES:***

Geisler: The Debtor is having trouble making payments. Her husband was released from prison, but he has not been able to start working yet. She's made some payments, though she's not current. Requests a short continuance to see if things improve.

Katz: Has received five direct payments.

***OUTCOME:***

1. The hearing on the Expedited Motion to Extend Automatic Stay [Dkt. No. 9] is continued to July 18, 2018 at 10:30 a.m. (Text Order to issue.)

**DATED:** 5/23/2018