# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** MILA B. DOLINAR
- **Case Number:** 18-20008-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 12, 2018 02:00 PM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#25 - Final Confirmation of Plan Dated 1/28/2018 (NFC)
R / M #:  25 / 0

### Appearances:

- Debtor: *Geisler*
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor: *Wambrodt: Bayview Loan Servicing*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to *Aug 9 2018* at *11:00*.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*resolution of relief from automatic stay*