Case 18-20008-GLT    Doc 54    Filed 07/18/18    Entered 07/18/18 15:30:42    Desc Main
Document    Page 1 of 1

FILED
7/18/18 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-20008-GLT |
| | : | Chapter: 13 |
| Mila B. Dolinar | : | |
| | : | |
| | : | Date: 7/18/2018 |
| *Debtor(s).* | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:** #9 - Continued Expedited Motion to Extend Automatic Stay
#48 - Status Report Filed by Debtor

**APPEARANCES:**
    Debtor:    Michael S. Geisler
    Trustee:   Ronda J. Winnecour

**NOTES:**

Geisler: No payments since the last hearing. The husband hasn't found a job, and the Debtor is using her money for living expenses. Conciliation last week was continued for a month or two.

Winnecour: Requests dismissal without prejudice.

Geisler: No objection.

**OUTCOME:**

1. The Debtor's request to further extend the automatic stay [Dkt. No. 9] is denied. The stay is terminated as of the date of this order. (Text Order to issue.)

2. A hearing on the trustee's oral motion to dismiss is set for August 15, 2018 at 9:00 a.m. (DB to prepare.)

**DATED:** 7/18/2018