# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** MILA B. DOLINAR
**Case Number:** 18-20008-GLT   **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 09, 2018 11:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#25 - Continued Confirmation of Plan Dated 1/28/2018 (NFC)
R / M #: 25 / 0

### Appearances:

Debtor: Gentler
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Case dismissed per order entered 8/8/18 on COD*

8/2/2018   3:31:16PM