# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

   MILA B. DOLINAR | Case No.:18-20008 GLT

        Debtor(s)

Ronda J. Winnecour | Document No.:
       Movant
      vs.
No Respondents.

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 01/01/2018  and confirmed on 03/02/2018 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,150.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,150.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 471.93 | |
|   Trustee Fee | 93.88 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 565.81 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BAYVIEW LOAN SERVICING LLC | 0.00 | 1,274.19 | 0.00 | 1,274.19 |
|   Acct: 7522 | | | | |
| BAYVIEW LOAN SERVICING LLC | 32,221.19 | 0.00 | 0.00 | 0.00 |
|   Acct: 7522 | | | | |
| INTERNAL REVENUE SERVICE* | 3,090.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3494 | | | | |
| MUNICIPALITY OF BETHEL PARK (SWG) | 852.13 | 0.00 | 0.00 | 0.00 |
|   Acct: 7P80 | | | | |
| MUNICIPALITY OF BETHEL PARK (SWG) | 387.56 | 0.00 | 0.00 | 0.00 |
|   Acct: 7P80 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7P80 | | | | |
| | | | | 1,274.19 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MILA B. DOLINAR | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 18-20008 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| MICHAEL S GEISLER ESQ<br>Acct: | 2,800.00 | 471.93 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3494 | 2,015.90 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXX8GLT | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |

**Unsecured**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE*<br>Acct: 3494 | 55,017.31 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA**<br>Acct: 4261 | 303.51 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU<br>Acct: 3930 | 223.97 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 2746 | 3,722.13 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 1961 | 1,769.93 | 0.00 | 0.00 | 0.00 |
| ALLISON L CARR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                          1,584.19

TOTAL CLAIMED
PRIORITY            2,325.90
SECURED             36,550.88
UNSECURED           61.036.85

Date: 09/06/2018

/s/ Ronda J. Winnecour
_____

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com